WO

FILED ___ LODGED
RECEIVED ___ COPY

DEC 0 6 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 98-00575-001-PCT-RCB |
|     Plaintiff,                      ) | |
| vs.                                             ) | |
| Tyrel Tyrell Little,                     ) | **ORDER** |
|     Defendant.                  ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on December 5, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3     DATED this 6th day of December, 2006.

                                        */s/ Lawrence O. Anderson*
                                        Lawrence O. Anderson
                                        United States Magistrate Judge